Pro Se 14 (INND Rev. 2/20)

page 1
**-FILED-**
MAR 30 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. <u>NEATLY</u> print in ink (or type) your answers.]

**Damien Andrews**
[You are the **PLAINTIFF**, print your full name on this line.]

v.

**Sheriff of Allen County Jail**
[The **DEFENDANT** is who you are suing. Put <u>ONE</u> name on this line. List <u>ALL</u> defendants below, including this one.]

Case Number **1:23CV138**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Sheriff of Allen Allen County County / the Sheriff | 417 S. Calhoun St Fort Wayne IN 46802 |
| 2 | Aramark Staff of Allen County Jail | 417 S. Calhoun St Fort Wayne IN 46802 |
| 3 | Chaplain of allen County Jail | 417 S. Calhoun St Fort Wayne IN 46802 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant <u>in a separate box</u> as shown here.]

1. How many defendants are you suing? **3**
2. What is the name and address of your prison or jail? **Allen County Jail 417 S. Calhoun St Fort Wayne IN 46802**
3. Did the event you are suing about happen there? ☒ Yes.  ○ No, it happened at: _____
4. On what date did this event occur? **March 24, 2023**

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

  **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

  **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On March 24, 2023 I came into the Allen County Jail and informed them that this is the month of ramadan and that I need the speacial diet to fellow my islamic beleifs. (2) Since ramadan has sterted and I stand firm in my beleifs and practices I'm having to almost starve myself due to me fasting and not be provided the proper schedule for food times in the month of ramadon we requested from the Chaplin in requests #238803492 and #238922572 to still be placed on the ramadon count letter so I'm fed at the proper times and get my daily intake of calories. (3) Ive been on the Halal diet since 2022 so the jail staff is well aware of my needs for providing me with this. (4) The Halal trays I am provided are not sufficent enough for me due to we are not only not allowed to save our food off trays provided we have no proper

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

or way to save them anyways were not provided with bowls with lids or cups with lids so with all of these factors against me and standing firm in my beleif i ask the courts to address these issues.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ⊗ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ⊗ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ⊗ Yes, this event was grievable, but I did not file a grievance because I'm currently already labeled a a Halal diet in the system at Allen County Jail I Should have been put on the ramadon Schedule already.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   I Would like for the Courts to order deffendants to Apollogize for their wrong doings, and fix their mistakes for future inmates who follow Islam. Have deffendants provide reusable dishware (bowls w/lids) for future people awaiting ramadon and $250,000

[Initial Each Statement]
   DA  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   DA  I will keep a copy of this complaint for my records.
   DA  I will promptly notify the court of any change of address.
   DA  I WILL NOT send more than one copy of any filing to the court.
   DA  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   DA  I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____           493946
Signature                               Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]