# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DAMIEN ANDREWS

        Plaintiff

v.

                                      Civil Action No. 1:23-cv-138

SHERIFF, *of Allen County Jail;*

ARAMARK, *Staff of Allen County Jail;*

CHAPLAIN, *of allen county jail*

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Damon R. Leichty

DATE: 4/3/2023                              CHANDA J. BERTA, ACTING CLERK OF COURT

                                                  by   s/ S. Jarrell_____
                                                  *Signature of Clerk or Deputy Clerk*